

**EMPLOYMENT AGREEMENT**

| Client Number (Optional) | Last 4 Digits of SSN |
|---|---|
| 2678200 | |

This Agreement is between **INSPERITY PEO SERVICES, L.P.** ("Insperity"), and **CHRISTINA**
                                                                                   First Name

_____ **ILIADIS** _____ ("Employee") pursuant to a Client Service Agreement
Middle Name         Last Name (All Names per Social Security Card)

between Insperity and **FOUR LAKES EDUCATION, INC. d.b.a. WISCONSIN VIRTUAL ACADEMY** ("Client Company") in which Client Company and Insperity have agreed to a co-employment relationship. This Agreement deals only with Employee's employment with Insperity. Termination of this Agreement may not necessarily terminate Employee's employment with Client Company.

1. Employee agrees to perform such duties as shall be determined by Client Company and communicated to Employee by and through an onsite supervisor or designee and notwithstanding any such changes, the employment of Employee shall be construed as continuing under this Agreement, as modified. Pursuant to the co-employment relationship with Client Company, Employee understand and agrees that Insperity reserves a right of direction and control over Employee, including a right to hire or terminate, and a right to resolve workplace disputes not subject to a collective bargaining agreement. However, Insperity does not maintain a right to make decisions or give direction with regard to the products produced or services provided by the Client Company to its customers.

2. AT-WILL EMPLOYMENT. Employee agrees that Employee's employment by and payment of compensation through Insperity can be terminated, with or without cause, and without notice, at any time, at the option of either Insperity or Employee. Employee understands that no onsite supervisor or Insperity representative, other than the President or a Senior Vice President of Insperity, has authority to enter into an agreement for employment with Insperity for any specific period of time, or to make any agreement contrary to the foregoing. Any such agreement must be in writing.

3. ADDITIONAL PAYMENTS. Employee agrees that Client Company is solely obligated for administering and paying all Client Company-initiated programs, policies and practices including, but not limited to, vacation, sick time, paid time off, paid leaves of absence, severance, bonus, commissions, stock option grants or deferred compensation plans (the "Additional Payments") even though the Additional Payments may be processed through Insperity. This provision does not in itself establish any such program, policy or practice, or create a right in them. Employee acknowledges that Insperity will not provide to Employee, and has no policy providing to workers similarly situated to Employee, benefits or payments such as the Additional Payments. To the extent the Additional Payments are paid through Insperity's payroll to Employee, it is solely as a payroll service for Client Company. Employee hereby authorizes Insperity to deduct employee's contributions under any 401k plan, including an automatic enrollment plan, from employee's wages. Employee acknowledges and agrees that the Client Company has sole legal responsibility and liability for compliance with certain laws and regulations including, but not limited to, the Worker Adjustment and Retraining Notification Act ("WARN"), Fair Labor Standards Act ("FLSA") (including but not limited to properly classifying employees as exempt/nonexempt for overtime purposes and liability for unpaid overtime), Equal Pay Act, Uniformed Services Employment and Reemployment Rights Act ("USERRA"), Family and Medical Leave Act ("FMLA") and any state or local equivalent of any of the foregoing.

4. NOTICE OF WORKERS' COMPENSATION INSURANCE COVERAGE. Insperity maintains workers' compensation insurance coverage for Employee. In the event of an injury in the workplace, Employee agrees that Employee's sole remedy against Insperity and/or Client Company lies in coverage under Insperity's workers' compensation insurance.

5. EFFECTIVE DATE. This Agreement and the Employee's beginning date of employment are not effective until after the first payroll for Client Company has been paid by Insperity and includes the Employee listed hereinabove. The Employee's effective date of employment will be established retroactive to the first day of work for which Employee is paid by Insperity in that payroll.

6. NOTICE OF COMPLAINT. Insperity believes that the work environment should be free of discrimination and harassment and that the Employee has a means to discuss any complaint. Employee agrees that Employee will read and abide by Insperity's Anti-Harassment Policy found in the Employee Service Center at www.insperityservices.com, and will promptly report any such alleged incident or problem to Employee's supervisor. As stated in the policy, if Employee believes it would be inappropriate to report the incident to Employee's supervisor, or if the problem is not addressed adequately by the supervisor, Employee agrees to promptly contact the Insperity Human Resources Services Department at 877-348-2431 or 281-312-3000. Employee also should contact the Insperity Human Resources Services Department regarding any complaint or concern Employee may have regarding any Insperity policy or Employee's co-employment with Insperity.

7. POLICIES. Employee agrees to abide by all Insperity policies made known to Employee.

**Exh. B (8.5.19)**

**EXHIBIT K-3**

| Client Number (Optional) | Last 4 Digits of SSN |
|---|---|
| 2678200 | |

8.  BENEFITS. Nothing in this Agreement creates any right to participate in any Insperity employee benefit plan. All such eligibility is controlled by each plan and applicable law.

9.  ASSIGNMENT. In the event Client Company files bankruptcy and Insperity is required to pay an amount to Employee that would otherwise have been due from Client Company, Employee hereby assigns all rights that Employee has as an employee of Client Company to Insperity for any such amounts paid. In consideration for this assignment, Insperity agrees to compensate Employee an additional five percent (5%) premium on the amounts actually recovered by Insperity from Client Company through the bankruptcy assignment by Employee. It is expressly understood that the maximum premium Employee could receive under this paragraph is 5% of the amounts Insperity actually paid to Employee for which Employee made assignment under this paragraph.

10. ENTIRE AGREEMENT. This Agreement supersedes any and all other Agreements between Insperity and Employee, either oral or in writing, with respect to the employment of Employee by Insperity and contains all the covenants and Agreements between the parties with respect to such employment in any manner whatsoever and in no way creates or alters any separate agreement Client Company may have with Employee.

11. FOREIGN DUTY ASSIGNMENT. If Employee is sent to work in any foreign country, Employee must contact the payroll specialist at Insperity, whose contact information can be located on the Employee Service Center at www.insperityservices.com, to advise of Employee's new work location. This is necessary for several reasons, including that a foreign location may impact workers' compensation or other insurance coverage.

12. SEVERABILITY. If any term or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions of this Agreement shall remain in full force and effect and shall in no way be affected, impaired, or invalidated.

13. WAIVER. The failure of either party to require performance of any provision of this Agreement at any time, or on more than one occasion, shall not affect the right of either party, at a later time, to enforce that provision or any other term or provision of this Agreement.

This Agreement will not be accepted by Insperity if there are any changes made to it unless the changes are prepared by Insperity.

CO-EMPLOYER

**INSPERITY PEO SERVICES, L.P.**

*[signature]*

19001 Crescent Springs Drive
Kingwood, Texas 77339-3801
Tel: 800-237-3170

EMPLOYEE
*.insperity.com
Christina Iliadis (chriatina)
2014.10.08 10:22:44 -05:00

Employee's Signature                                    Date Signed

CHRISTINA                          ILIADIS

Printed Name Per Social Security Card          Last 4 Digits of
                                                Social Security
                                                Number

**Confirmation Number: 26561**

Page 2